UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-cr-00142-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FREDERICK LAMARCA HUNT | ) | |
|     Defendant. | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 83 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the **3** day of **January**, 2011.

                                                      James C. Dever, III
                                                    United States District Judge